## AGUILLAR v. STATE.
### No. 26047.

Court of Criminal Appeals of Texas.
Nov. 19, 1952.

## BEEVERS v. STATE.
### No. 26056.

Court of Criminal Appeals of Texas.
Nov. 19, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

WOODLEY, Commissioner.

The conviction is for driving an automobile upon a public highway while intoxicated; the punishment, a fine of $100.

The record contains no statement of facts nor bills of exception, and nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.